0027-63-EPIFXX-00255378-972470

# United States Bankruptcy Court
Western District of New York

IN RE: DELORES HAMILTON  
600 WELLINGTON AVENUE  
ROCHESTER, NY 14619

Case Number: 04-21172  
Filed: 03/25/2004  
SS #1: XXX-XX-5418

## SUMMARY OF TRUSTEE'S FINAL ACCOUNT

Notice  
Plan Completed

Bankruptcy Judge Copy

| | |
|---|---:|
| THE REPORT IS SUMMARIZED AS FOLLOWS: | |
| Receipts: | 18,282.56 |
| **PAID CLAIMANTS** | |
| Secured: | 8,570.66 |
| Priority: | 0.00 |
| Unsecured: | 7,836.23 |
| Other: | 5.00 |
| **ADMINISTRATIVE COSTS** | |
| Filing Fees: | 0.00 |
| Trustee Expense: | 428.88 |
| Trustee Compensation: | 428.88 |
| Debtor's Attorney: | 1,000.00 |
| Other Admin Expenses: | 0.00 |
| **RETURNED** | |
| To The Debtor: | 12.91 |
| Total Distributed: | 18,282.56 |

Your Claim Was Recorded As Number 999  
Your Claim Was Classified As Special  
The Trustee Reports That You Were Paid 0.00

You are futher notified that  
UNLESS A WRITTEN APPLICATION FOR A HEARING IS FILED ON OR BEFORE 60 DAYS FROM THE DATE OF THIS NOTICE AND SUMMARY, THE ESTATE WILL BE CLOSED AND THE TRUSTEE AND THE SURETY ON THE TRUSTEE'S BOND WILL BE RELEASED.

/s/ George M. Reiber  
George M. Reiber

### Certificate of Service

The undersigned hereby certifies that a copy of this Final Report and Account was sent electronically or by ordinary United States mail, postage prepaid, on  07/07/2009 , to the debtor, attorney for the debtor, and the United States Trustee, and all listed creditors.

For signature, reference Trustee file copy